**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Evans Recreation Installation, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2427951** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2562 Abels Lane** <br> **Las Vegas, NV 89115** <br> Number, Street, City, State & ZIP Code | **PO Box 751417** <br> **Las Vegas, NV 89136** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.evansrecreation.com/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Evans Recreation Installation, Inc.**                                    Case number (*if known*) _____
          Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**2389**_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   **Evans Recreation Installation, Inc.**

Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | Relationship | | |
| District | When | Case number, if known | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Evans Recreation Installation, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2026**
MM / DD / YYYY

X    **/s/ Lori Ann Evans**                                    **Lori Ann Evans**
Signature of authorized representative of debtor                Printed name

Title    **President/Owner**

---

**18. Signature of attorney**

X    **/s/ Zachariah Larson**                    Date    **February 11, 2026**
Signature of attorney for debtor                        MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**        Email address    **zlarson@lzlawnv.com**

**7787 NV**
Bar number and State

---

**UNANIMOUS WRITTEN CONSENT OF THE SOLE OFFICER,**
**DIRECTOR AND SHAREHOLDER OF**
**EVANS RECREATION INSTALLATION, INC., a Nevada corporation**

The undersigned, being the sole officer, director and shareholder of Evans Recreation Installation, Inc., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of ___2/9/2026___:

RESOLVED that in the judgment of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings to liquidate its assets and business.

RESOLVED that Lori Ann Evans (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 bankruptcy case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

[Rest of page intentionally left blank]

1

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

EVANS RECREATION INSTALLATION, INC., a Nevada corporation,

By: _____

Lori Ann Evans
Its: Owner/President

2

**Fill in this information to identify the case:**

Debtor name     **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 11, 2026**          X **/s/ Lori Ann Evans**
                                                     Signature of individual signing on behalf of debtor

                                                     **Lori Ann Evans**
                                                     Printed name

                                                     **President/Owner**
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................    $    **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................    $    **180,966.89**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..............................................................................    $    **180,966.89**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **1,833,237.04**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **52,964.96**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **949,599.95**

4.  **Total liabilities** ................................................................................................................................
Lines 2 + 3a + 3b    $    **2,835,801.95**

**Fill in this information to identify the case:**

Debtor name    **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking** | **6246** | **$0.00** |
| 3.2. | **US Bank** | **Checking** | **0574** | **$8.32** |
| 3.3. | **US Bank** | **Checking** | **5628** | **$78.57** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$86.89**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor    **Evans Recreation Installation, Inc.**

        Name

Case number *(If known)*

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.   **Accounts receivable**

    11a. 90 days old or less:        **0.00**  -  **0.00** = ....        **$0.00**

                face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                     **$0.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture: See Exhibit A/B - 39** | **Unknown** | **Appraisal** | **$445.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Equipment: See Exhibit A/B - 41** | **Unknown** | **Appraisal** | **$495.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                     **$940.00**

    Add lines 39 through 42.  Copy the total to line 86.

Debtor    **Evans Recreation Installation, Inc.**            Case number *(If known)* _____
          Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Automobiles: See Exhibit A/B - 47** | **Unknown** | **Appraisal** | **$75,600.00** |
| 47.2.    **2016 Ford F150 Super Cab XL Pickup with 100,000 miles Vin #1FEW1E82GFA64749** | **$0.00** | | **$15,650.00** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery & Equipment: See Exhibit A/B - 50** | **Unknown** | **Appraisal** | **$88,690.00** |

51.    **Total of Part 8.**                    $179,940.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor  **Evans Recreation Installation, Inc.**                      Case number *(If known)* _____
        Name

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **https://www.evansrecreation.com/** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** **Nevada Contractors License No.: 0072965** | Unknown | | Unknown |
| **Nevada Contractors License No.: 0045382A** | Unknown | | Unknown |
| **Nevada Contractors License No.: 0068127** | Unknown | | Unknown |
| **Idaho Contractors License No.: PWC-C-16815** | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 4

Debtor    **Evans Recreation Installation, Inc.**                              Case number *(If known)* _____

          Name

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

        **The Mahoney Group**                                                                   **$0.00**

        **Benchmark Insurance Company**                                                         **$0.00**

        **The Burlington Insurance Company**                                                    **$0.00**

        **Trisura Insurance**                                                                   **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                   **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor   **Evans Recreation Installation, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $940.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $179,940.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $180,966.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $180,966.89 |

**Fill in this information to identify the case:**

Debtor name **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Bayfirst National Bank**<br>Creditor's Name<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**700 Central Ave.**<br>**Saint Petersburg, FL 33701**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/24/2025**<br>**Last 4 digits of account number**<br>**0301**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**SBA Loan - 2016 FORD F-450 Heavy Duty Truck VIN #1FD0W4HT4GEB96084**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146,233.58 | $0.00 |
| **2.2 Channel Partners Capital, LLC**<br>Creditor's Name<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**11100 Wayzata Blvd. Ste. 305**<br>**Hopkins, MN 55305**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**2022 Carson Dump Trailer BD 122 Serial No.: 4HXBD122SNC225411**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $4,503.46 | $4,200.00 |

Debtor   **Evans Recreation Installation, Inc.**                    Case number (if known) _____
         Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Corporation Service Co.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent P.O. Box 2576 Springfield, IL 62708**

**All tangible and intangible property.**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/16/2025**
**Last 4 digits of account number**
**8343**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Corporation Service Co.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent P.O. Box 2576 Springfield, IL 62708**

**All tangible and intangible property.**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/23/2025**
**Last 4 digits of account number**
**3550**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Corporation Service Co.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

---

Debtor **Evans Recreation Installation, Inc.**
Name

Case number (if known) _____

**Creditor's Name**
**Attn: Bankruptcy Dept/Managing Agent P.O. Box 2576 Springfield, IL 62708**
Creditor's mailing address

**All tangible and intangible property.**

_____

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/18/2021**

**Last 4 digits of account number**
**1611**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **First Corporate Solutions** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

**First Corporate Solutions**
Creditor's Name

**as Representative 914 S Street Sacramento, CA 95814**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All tangible and intangible property.**

_____

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/19/2025**

**Last 4 digits of account number**
**4870**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $1,682,500.00 | $0.00 |

**U.S. Small Business Administration**
Creditor's Name

**Office of General Counsel 312 N. Spring St., 5th Floor Los Angeles, CA 90012**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**EIDL Loan - All tangible and intangible property.**

_____

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/22/2022**

**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4

Debtor    **Evans Recreation Installation, Inc.**                    Case number (if known) _____
_____
Name

**3206**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Verity Legal Services, PLLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**1200 Brickell Ave. Ste. 1950**
**Miami, FL 33131**
Creditor's mailing address

**All tangible and intangible property.**
_____

**Describe the lien**
**UCC-1**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2025**

**Last 4 digits of account number**
**1359**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,833,237.04** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Administration**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line __2.7__ | |

**Fill in this information to identify the case:**

Debtor name  **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,812.90** | **$8,812.90** |
|---|---|---|---|---|

**Christopher Blood**
**4570 Palisade Dr. Apt. 10207**
**Bozeman, MT 59718**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.18 | $846.18 |
|---|---|---|---|---|

**Cuauhtemoc Gome**
**3801 Stewart Ave  Apt # 29B**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

Debtor **Evans Recreation Installation, Inc.**                  Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.58 | $593.58 |

**Eddie Venegas**
**10807 Bayview House Ave**
**Las Vegas, NV 89166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.97 | $726.97 |

**Ernesto Gomez**
**4761 La Fonda Dr**
**Las Vegas, NV 89121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,620.98 | $8,620.98 |

**Internal Revenue Service**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes owed for 12/27/2025 and 1/10/2026.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,656.08 | $2,656.08 |

**Kelly Christensen**
**6628 Brooklyn Heights St**
**Las Vegas, NV 89166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor      **Evans Recreation Installation, Inc.**                    Case number (if known) _____

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,365.50 | $17,150.00 |

**Lori Ann Evans**
**6991 Comiskey Park St**
**Las Vegas, NV 89166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.26 | $705.26 |

**Maximus So'oalo**
**950 E Shady Charmer Ave**
**Henderson, NV 89052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $971.53 | $971.53 |

**Rafael Delgado**
**4945 E Welter**
**Las Vegas, NV 89104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,228.20 | $9,228.20 |

**Samantha Blood**
**4570 Palisade Dr. Apt. 10207**
**Bozeman, MT 59718**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Evans Recreation Installation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.11** | Priority creditor's name and mailing address

**Warren Evans**
**6515 Chettle House Ln**
**Las Vegas, NV 89122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,437.78    $2,437.78

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Acuity Insurance**
**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 718**
**Sheboygan, WI 53082-0718**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$5,559.18

**3.2** | Nonpriority creditor's name and mailing address

**ADT Security Services**
**Attn: Bankruptcy Dept/Managing Agent**
**452 Sable Blvd., Unit G**
**Aurora, CO 80011**

Date(s) debt was incurred __
Last 4 digits of account number  **4935**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$110.24

**3.3** | Nonpriority creditor's name and mailing address

**Advance Polymer Tech Corp**
**Attn: Bankruptcy Dept/Managing Agent**
**109 Conica Lane**
**Forestville, PA 16035**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$63,603.25

**3.4** | Nonpriority creditor's name and mailing address

**Benchmark Insurance Company**
**Attn: Bankruptcy Dept/Managing Agent**
**1245 E. Brickyard Road Ste. 130**
**Salt Lake City, UT 84106**

Date(s) debt was incurred __
Last 4 digits of account number  **4910**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Comp Insurance**

Is the claim subject to offset?  ■ No  ☐ Yes

$19,599.00

**3.5** | Nonpriority creditor's name and mailing address

**Big T Recreation**
**Attn: Bankruptcy Dept/Managing Agent**
**11618 S. State St #1602**
**Draper, UT 84020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$37,986.77

---

Debtor  **Evans Recreation Installation, Inc.**                    Case number (if known) _____
        Name

---

**3.6**    **Nonpriority creditor's name and mailing address**

**Boris and Milka Mitreski**
**c/o Stan Johnson, Esq.**
**375 East Warm Springs Rd. Ste. 104**
**Las Vegas, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commercial Lease Arrears.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7**    **Nonpriority creditor's name and mailing address**

**Can Capital**
**Attn: Bankruptcy Dept/Managing Agent**
**1850 Park Place, Ste. 1150**
**Marietta, GA 30067**

Date(s) debt was incurred  **5/5/2025**

Last 4 digits of account number  **0173**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$143,107.47**

---

**3.8**    **Nonpriority creditor's name and mailing address**

**Chase**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 15123**

Date(s) debt was incurred _

Last 4 digits of account number  **3032**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$70,198.34**

---

**3.9**    **Nonpriority creditor's name and mailing address**

**Cox Business**
**Attn: Bankruptcy Dept/Managing Agent**
**6205 Peachtree Dunwoody Road**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number  **3201**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$373.72**

---

**3.10**    **Nonpriority creditor's name and mailing address**

**Dell Business**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 5292**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,860.16**

---

**3.11**    **Nonpriority creditor's name and mailing address**

**Denali Consulting Group LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**823 S Las Vegas Blvd.**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,766.25**

---

**3.12**    **Nonpriority creditor's name and mailing address**

**Exerplay**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 1160**
**Cedar Crest, NM 87008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,581.15**

---

Debtor   **Evans Recreation Installation, Inc.**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$135,470.40** |

**3.13** **Nonpriority creditor's name and mailing address**

**FC Marketplace, LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**110 SE 6th Ste. 700**
**Fort Lauderdale, FL 33301**

**Date(s) debt was incurred** **6/30/2025**

**Last 4 digits of account number** **5149**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$135,470.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**Home Depot**
**Attn: Bankruptcy Dept. / Managing Agent**
**Sioux Falls, SD 57117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5605**

**As of the petition filing date, the claim is:** *Check all that apply.*     **$14,231.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

**Lori Ann Evans**
**6991 Comiskey Park St**
**Las Vegas, NV 89166**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$98,398.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

**Nevada State Contractors Board**
**Attn: Bankruptcy Dept/Managing Agent**
**5390 Kietzke Lane, Suite 102**
**Reno, NV 89511**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**

**Robb's Concrete**
**Attn: Bankruptcy Dept/Managing Agent**
**1321 Stacey Lane**
**Boulder City, NV 89005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$2,864.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

**Sierra Ready Mix**
**Attn: Bankruptcy Dept/Managing Agent**
**4150 Smiley Road**
**North Las Vegas, NV 89081**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$2,699.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

**Sunstate Equipment**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 52581**
**Phoenix, AZ 85072**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$733.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Evans Recreation Installation, Inc.**                Case number (if known) _____
          Name

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**The Burlington Insurance Co.**
**Attn: Bankruptcy Dept/Managing Agent**
**CityPlace II**
**185 Asylum Street 7th Floor**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Insurance**

**Last 4 digits of account number 3501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,700.00** |

**Trofeo Capital Advance LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**5965 S 900 E Ste. 450**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Merchant Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$217,350.00** |

**United First, LLC**
**Attn: Bankruptcy Dep't/Manager**
**2999 NE 191st St., Unit 901**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 4/14/2025**

**Basis for the claim:** **Merchant Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,193.66** |

**US Bank**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Credit Card**

**Last 4 digits of account number 0909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |

**US Bank**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Line of Credit**

**Last 4 digits of account number 6246**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$578.38** |

**Verizon Wireless**
**Attn: Bankruptcy Dept/Managing Agent**
**1095 6th Ave.**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number 0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,635.61** |

**WaFd Bank**
**Loan Servicing**
**425 Pike Street**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Line of Credit**

**Last 4 digits of account number 1882**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Evans Recreation Installation, Inc.** _____ Case number (if known) _____
Name

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Will Han**
**c/o Tracie M. Jefcik, Esq.**
**8972 Spanish Ridge Ave.**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Complaint filed in the Eighth Judicial District Court**
**Case No.: A-24-884797-C**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United First, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**27-01 Queens Plaza North, Ste. 802**<br>**Long Island City, NY 11101** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 52,964.96 |
| **5b. Total claims from Part 2** | 5b.   **+**   $ | 949,599.95 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 1,002,564.91 |

**Fill in this information to identify the case:**

Debtor name  **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease for warehouse.** | |
| | State the term remaining | | **Boris and Milka Mitreski c/o Stan Johnson, Esq. 375 East Warm Springs Rd. Ste. 104 Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Business Loan Agreement commencing 3/4/2025.** | |
| | State the term remaining | | **Can Capital Attn: Bankruptcy Dept/Managing Agent 1850 Park Place, Ste. 1150 Marietta, GA 30067** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Finance Agreement commencing 3/8/2022.** | |
| | State the term remaining | | **Channel Partners Capital, LLC Attn: Bankruptcy Dept/Managing Agent 11100 Wayzata Blvd. Ste. 305 Hopkins, MN 55305** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Business Loan and Security Agreement commencing 6/30/2025.** | |
| | State the term remaining | | **FC Marketplace, LLC Attn: Bankruptcy Dept/Managing Agent 110 SE 6th Ste. 700 Fort Lauderdale, FL 33301** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Evans Recreation Installation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name     Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Future Receipts Sale and Purchase Agreement commencing 10/29/2025.**

State the term remaining

List the contract number of any government contract

**Trofeo Capital Advance LLC
Attn: Bankruptcy Dept/Managing Agent
5965 S 900 E Ste. 450
Salt Lake City, UT 84121**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase and Sale of Future Receipts Agreement commencing 4/9/2025.**

State the term remaining

List the contract number of any government contract

**United First, LLC
Attn: Bankruptcy Dep't/Manager
2999 NE 191st St., Unit 901
Miami, FL 33180**

**Fill in this information to identify the case:**

Debtor name          **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lori Ann Evans** | **6991 Comiskey Park St.** **Las Vegas, NV 89166** **Co-Debtor on all business debt listed.** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Evans Recreation Installation, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,247,992.00** |
| **For the fiscal year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,474,262.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Evans Recreation Installation, Inc. | Case number *(if known)* | |

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Can Capital** **Attn: Bankruptcy Dept/Managing Agent** **1850 Park Place, Ste. 1150** **Marietta, GA 30067** | **10/31/2025 - Current** | **$25,855.20** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **FC Marketplace, LLC** **Attn: Bankruptcy Dept/Managing Agent** **110 SE 6th Ste. 700** **Fort Lauderdale, FL 33301** | **10/01/2025 - Current** | **$8,466.90** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **Internal Revenue Service** **Attn: Bankruptcy Dept/Managing Agent** **P.O. Box 7346** **Philadelphia, PA 19101** | **10/10/2025 - Current** | **$39,680.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes** |
| 3.4. | **Trofeo Capital Advance LLC** **Attn: Bankruptcy Dept/Managing Agent** **5965 S 900 E Ste. 450** **Salt Lake City, UT 84121** | **10/02/2025 - Current** | **$24,064.64** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **United First, LLC** **Attn: Bankruptcy Dep't/Manager** **2999 NE 191st St., Unit 901** **Miami, FL 33180** | **10/01/2025 - Current** | **$69,316.48** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **Channel Partners Capital, LLC** **Attn: Bankruptcy Dept/Managing Agent** **11100 Wayzata Blvd. Ste. 305** **Hopkins, MN 55305** | **10/27/2025 - Current** | **$14,703.55** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | **Acuity Insurance** **Attn: Bankruptcy Dept/Managing Agent** **P.O. Box 718** **Sheboygan, WI 53082-0718** | **10/28/2026 - Current** | **$16,677.56** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other  **Insurance** |

Debtor    **Evans Recreation Installation, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **The Burlington Insurance Co.** **Attn: Bankruptcy Dept/Managing Agent** **CityPlace II** **185 Asylum Street 7th Floor** **Hartford, CT 06103** | **10/24/2025 - Current** | **$9,064.59** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Will Han vs. Evans Recreation Installation, Inc. et al** **A-24-884797-C** | **Negligence** | **Eighth Judicial District Court** **200 Lewis Ave.** **Las Vegas, NV 89155** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

| Debtor | Evans Recreation Installation, Inc. | Case number (if known) | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Larson & Zirzow, LLC**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101** | **Attorney Fees** | **1/22/2026** | **$5,000.00** |
| | **Email or website address**<br>**zlarson@lzlawnv.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

Debtor    **Evans Recreation Installation, Inc.**                  Case number *(if known)* _____

---

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **Evans Recreation Installation, Inc.**                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■  No.
    ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **6**

Debtor    **Evans Recreation Installation, Inc.**                    Case number *(if known)* _____

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Denali Cosulting Group<br>823 S. Las Vegas Blvd. Ste. 220<br>Las Vegas, NV 89101** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Denali Cosulting Group<br>823 S. Las Vegas Blvd. Ste. 220<br>Las Vegas, NV 89101** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lori Ann Evans** | **6991 Comiskey Park St.<br>Las Vegas, NV 89166** | **President/Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | **Evans Recreation Installation, Inc.** | Case number *(if known)* | |

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Evans Recreation Installation, Inc.**                    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2026**

**/s/ Lori Ann Evans**                              **Lori Ann Evans**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Nevada

In re    **Evans Recreation Installation, Inc.**        Case No.

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept          $      **5,000.00**

     Prior to the filing of this statement I have received          $      **0.00**

     Balance Due          $      **5,000.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 11, 2026**

*Date*

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
*Signature of Attorney*
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170  Fax: 702-382-1169**
**zlarson@lzlawnv.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **Evans Recreation Installation, Inc.**    Case No. _____

Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 11, 2026**    **/s/ Lori Ann Evans**

**Lori Ann Evans**/**President/Owner**
Signer/Title

Evans Recreation Installation, Inc.
PO Box 751417
Las Vegas, NV 89136

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr.
Carson City, NV 89706

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Acuity Insurance
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 718
Sheboygan, WI 53082-0718

ADT Security Services
Attn: Bankruptcy Dept/Managing Agent
452 Sable Blvd., Unit G
Aurora, CO 80011

Advance Polymer Tech Corp
Attn: Bankruptcy Dept/Managing Agent
109 Conica Lane
Forestville, PA 16035

Bayfirst National Bank
Attn: Bankruptcy Dept/Managing Agent
700 Central Ave.
Saint Petersburg, FL 33701

Benchmark Insurance Company
Attn: Bankruptcy Dept/Managing Agent
1245 E. Brickyard Road Ste. 130
Salt Lake City, UT 84106

Big T Recreation
Attn: Bankruptcy Dept/Managing Agent
11618 S. State St #1602
Draper, UT 84020

Boris and Milka Mitreski
c/o Stan Johnson, Esq.
375 East Warm Springs Rd. Ste. 104
Las Vegas, NV 89119

Can Capital
Attn: Bankruptcy Dept/Managing Agent
1850 Park Place, Ste. 1150
Marietta, GA 30067

Channel Partners Capital, LLC
Attn: Bankruptcy Dept/Managing Agent
11100 Wayzata Blvd. Ste. 305
Hopkins, MN 55305

Chase
Attn: Bankruptcy Dept/Managing Agent
PO Box 15123

Christopher Blood
4570 Palisade Dr. Apt. 10207
Bozeman, MT 59718

Corporation Service Co.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 2576
Springfield, IL 62708

Cox Business
Attn: Bankruptcy Dept/Managing Agent
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Cuauhtemoc Gome
3801 Stewart Ave  Apt # 29B
Las Vegas, NV 89110

Dell Business
Attn: Bankruptcy Dept/Managing Agent
PO Box 5292
Carol Stream, IL 60197

Denali Consulting Group LLC
Attn: Bankruptcy Dept/Managing Agent
823 S Las Vegas Blvd.

Eddie Venegas
10807 Bayview House Ave
Las Vegas, NV 89166

Ernesto Gomez
4761 La Fonda Dr
Las Vegas, NV 89121

Exerplay
Attn: Bankruptcy Dept/Managing Agent
PO Box 1160
Cedar Crest, NM 87008

FC Marketplace, LLC
Attn: Bankruptcy Dept/Managing Agent
110 SE 6th Ste. 700
Fort Lauderdale, FL 33301

First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95814

Home Depot
Attn: Bankruptcy Dept. / Managing Agent
Sioux Falls, SD 57117

Kelly Christensen
6628 Brooklyn Heights St
Las Vegas, NV 89166

Nevada State Contractors Board
Attn: Bankruptcy Dept/Managing Agent
5390 Kietzke Lane, Suite 102
Reno, NV 89511

Samantha Blood
4570 Palisade Dr. Apt. 10207
Bozeman, MT 59718

The Burlington Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
CityPlace II
185 Asylum Street 7th Floor
Hartford, CT 06103

United First, LLC
Attn: Bankruptcy Dep't/Manager
2999 NE 191st St., Unit 901
Miami, FL 33180

Verizon Wireless
Attn: Bankruptcy Dept/Managing Agent
1095 6th Ave.
New York, NY 10036

Will Han
c/o Tracie M. Jefcik, Esq.
8972 Spanish Ridge Ave.
Las Vegas, NV 89148

Lori Ann Evans
6991 Comiskey Park St
Las Vegas, NV 89166

Rafael Delgado
4945 E Welter
Las Vegas, NV 89104

Sierra Ready Mix
Attn: Bankruptcy Dept/Managing Agent
4150 Smiley Road
North Las Vegas, NV 89081

Trofeo Capital Advance LLC
Attn: Bankruptcy Dept/Managing Agent
5965 S 900 E Ste. 450
Salt Lake City, UT 84121

US Bank
Attn: Bankruptcy Dept/Managing Agent
PO Box 790408
Saint Louis, MO 63179

WaFd Bank
Loan Servicing
425 Pike Street
Seattle, WA 98101

United First, LLC
Attn: Bankruptcy Dept/Managing Agent
27-01 Queens Plaza North, Ste. 802
Long Island City, NY 11101

Maximus So'oalo
950 E Shady Charmer Ave
Henderson, NV 89052

Robb's Concrete
Attn: Bankruptcy Dept/Managing Agent
1321 Stacey Lane
Boulder City, NV 89005

Sunstate Equipment
Attn: Bankruptcy Dept/Managing Agent
PO Box 52581
Phoenix, AZ 85072

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Verity Legal Services, PLLC
Attn: Bankruptcy Dept/Managing Agent
1200 Brickell Ave. Ste. 1950
Miami, FL 33131

Warren Evans
6515 Chettle House Ln
Las Vegas, NV 89122

# United States Bankruptcy Court
## District of Nevada

In re    **Evans Recreation Installation, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Evans Recreation Installation, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2026**

Date

**/s/ Zachariah Larson**

**Zachariah Larson 7787**

Signature of Attorney or Litigant

Counsel for    **Evans Recreation Installation, Inc.**

**Larson & Zirzow, LLC**

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**zlarson@lzlawnv.com**

# EXHIBIT – A/B

This schedule contains the following Exhibits:

1.  Exhibit A/B 39 - Office Furniture
2.  Exhibit A/B 41 - Office Equipment & Electronics
3.  Exhibit A/B 47 - Automobiles
4.  Exhibit A/B 50 – Machinery & Equipment

# EXHIBIT – A/B

**Sched AB #39: Office Furniture**

| | | |
|---|---|---:|
| 1. (3) U-SHAPED DESKS W/ HUTCH TOPS | $ | 240.00 |
| 4. EXECUTIVE CHAIR (WORN) | $ | 10.00 |
| 5. (2) SIDE CHAIRS | $ | 15.00 |
| 7. 2-DRAWER FILE CABINET | $ | 10.00 |
| 9. (8) EXECUTIVE CHAIRS (WORN) | $ | 50.00 |
| 10. SECRETARY CHAIR | $ | 15.00 |
| 14. (2) 4-DRAWER FILE CABINETS | $ | 60.00 |
| 16. DESK W/ HUTCH TOP | $ | 45.00 |
| | $ | **445.00** |

**Sched AB #41: Office Equipment and Electronics**

| | | |
|---|---|---:|
| 2. HP PRINTER | $ | 40.00 |
| 3. HP SCANNER | $ | 25.00 |
| 6. COMPUTER | $ | 75.00 |
| 8. HP MULTI MACHINE FAX, PRINTER, COPIER | $ | 45.00 |
| 11. CANON PRINTER | $ | 15.00 |
| 12. VACUUM CLEANER | $ | 20.00 |
| 13. MAGIC CHEF MICROWAVE OVEN | $ | 20.00 |
| 15. FAN | $ | 10.00 |
| 29. (2) REFRIGERATORS | $ | 200.00 |
| 40. RIGID SHOP VACUUM | $ | 45.00 |
| | $ | **495.00** |

**Sched AB #47: Automobiles**

| | | |
|---|---|---:|
| 47. 2019 FORD F-450 HEAVY DUTY TRUCK #1FD0W4HT1KEC33780 (107,826 MILES) CREWCAB, UTILITY BED, 6.7L DIESEL | $ | 40,000.00 |
| 48. 2016 FORD F-450 HEAVY DUTY TRUCK #1FD0W4HT4GEB96084 (126,418 MILES) CREW CAB, UTILITY BED, 6.7L DIESEL | $ | 32,000.00 |
| 71. 2008 FORD F-150 CREW $CAB P/U 4x4 SHOT BED (175,000 MILES) | $ | 3,600.00 |
| | $ | **75,600.00** |

**Sched AB #50: Machinery & Equipment**

| | | |
|---|---|---:|
| 17. WRANGLER NSS MODEL 2625 DB FLOOR SCRUBBER | $ | 900.00 |
| 18. CAT MC30 CUSHION TIRE ELECTRIC FORKLIFT | $ | 3,000.00 |
| 19. JACKMAN COMPACT HDPE BUTT FUSION WELDER | $ | 600.00 |
| 20. JACKMAN COMPACT HDPE BUTT FUSION PIPE CUTTER | $ | 125.00 |
| 21. MAKITA DEMOLITION HAMMER (FOR PARTS) | $ | 50.00 |

| | | |
|---|---|---:|
| 22. DEWALT MITERSAW | $ | 175.00 |
| 23. PALLET JACK | $ | 90.00 |
| 24. (6) WHEEL BARROWS | $ | 270.00 |
| 25. GIANT VAC KOHLER PRO 8.5 WALK BEHIND LEAF BLOWER | $ | 400.00 |
| 26. MULTIQUIP CV2A CONCRETE VIBRATOR | $ | 225.00 |
| 27. 200? KAWASAKI MULE 600 | $ | 2,000.00 |
| 28. MULTIQUIP CEMENT MIXER MC12PH | $ | 2,000.00 |
| 30. (4) PALLETS OF RUBBER BUFFINGS 50LBS | $ | 800.00 |
| 31. PALLET OF QUALIPUR 3405 ADHESIVE | $ | 350.00 |
| 32. HONDA EU 3000 GENERATOR | $ | 450.00 |
| 33. DEWALT BATTERY CHARGER | $ | 100.00 |
| 34. MAGNUM X7 AIRLESS PAINT SPRAYER | $ | 450.00 |
| 35. MISCELLANEOUS SHOVELS & HAND TOOLS | $ | 100.00 |
| 36. (2) MAKITA RECIPROCATING SAWS | $ | 180.00 |
| 37. (2) HEATMAXX PROPANE HEATERS | $ | 120.00 |
| 38. CREEPER | $ | 20.00 |
| 39. (3) METAL SLOTTED SHELF UNITS | $ | 180.00 |
| 41. (2) HONDA 5000 GENERATORS (BROKEN) | $ | 120.00 |
| 42. DEWALT PRESSURE WASHER | $ | 300.00 |
| 43. FLOOR JACK | $ | 40.00 |
| 44. MANLIFT CAGE | $ | 125.00 |
| 45. (2) BUCKET RACKS | $ | 120.00 |
| 46. (4) 8' LADDERS | $ | 200.00 |
| 49. (3) COME-ALONG WINCHES | $ | 30.00 |
| 50. (3) MAKITA RECIPROCATING SAWS | $ | 210.00 |
| 51. (2) MAKITA HEAVY DUTY DRILLS | $ | 130.00 |
| 52. MAKITA ANGLE GRINDER | $ | 30.00 |
| 53. ASSORTED WELDING CLAMPS | $ | 50.00 |
| 54. MISCELLANEOUS RIGGING & STRAPS | $ | 125.00 |
| 55. STANLEY SOCKET SET | $ | 45.00 |
| 56. BENZOMATIC TORCH | $ | 15.00 |
| 57. TAP & DIE SET | $ | 50.00 |
| 58. (2) MULTIQUIP ESSICK MODEL EM1208M MORTAR MIXERS | $ | 3,200.00 |
| 59. ASSORTED TRAFFIC BARRICADES | $ | 40.00 |
| 60. 200? ZIEMAN 20' 2-AXLE EQUIPMENT TRAILER NV68250S | $ | 4,750.00 |
| 61. 200? EAGER BEAVER 20' 2-AXLE EQUIPMENT TRAILER NV59229 | $ | 3,400.00 |
| 62. CARTERPILAR 236B SKID STEER LOADER | $ | 9,250.00 |
| 63. 2016 CARSON 11 YARD DUMP TRAILER | $ | 5,500.00 |
| 64. 200? CARSON 11 YARD DUMP TRAILER | $ | 4,200.00 |
| 65. MULTIQUIP WHITEMAN MORTAR MIXER (BROKEN) | $ | 350.00 |

| | | |
|---|---|---:|
| 66. PALLET JACK | $ | 75.00 |
| 67. IHI MODEL 35N3 MINI EXCAVATOR #WM003386 | $ | 13,500.00 |
| 68. GEHL MODEL RS6-XR42 TELESCOPIC FORKLIFT #RS642JX0213616 | $ | 28,000.00 |
| 69. ASSORTED USED PLAY GROUND EQUIPMENT | $ | 400.00 |
| 70. 8'x8' HOME MADE UTILITY TRAILER | $ | 350.00 |
| 72. CAT SKID STEER AUGAR ATTACHMENT W/ BIT | $ | 1,100.00 |
| 73. CAT SKID STEER FORKLIFT ATTACHMENT | $ | 400.00 |
| | $ | **88,690.00** |
| **Total:** | **$** | **165,230.00** |